IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

NOV 14 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORDELL COBB,<br><br>Defendant. | ) INDICTMENT<br>)<br>)<br>)<br>)<br>) CASE NO. 5:24 CR 00434<br>)<br>) Title 18, United States Code,<br>) Sections 1709<br>) |

COUNT 1     JUDGE BOYKO

(Theft of Mail by Postal Employee, in violation of 18 U.S.C. § 1709)

The Grand Jury charges:

1.     Between on or about March 2, 2023, and April 24, 2023 in the Northern District of Ohio, Eastern Division, Defendant CORDELL COBB, a United States Postal Service (USPS) employee, did knowingly embezzle letters and any articles or things contained therein entrusted to Defendant, which came into Defendant's possession intended to be conveyed by mail and delivered by a person employed in any department of the USPS, to wit: envelopes containing checks, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.