## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  5:24CR434 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER BOYKO |
| -vs- | : | |
| | : | |
| CORDELL COBB, | : | |
| | : | **CORDELL COBB'S** |
| Defendants. | : | **SENTENCING MEMORANDUM** |

Mr. Cobb files the following memorandum for the Court's consideration. For the reasons below, the Court should impose a sentence of probation. This sentence is "sufficient but not greater than necessary" to fulfill the purposes of sentencing. 18 U.S.C. § 3553(a).

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928


*/s/Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI
Assistant Federal Public Defender
Ohio Bar:  0062119
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321
E-mail: carolyn_kucharski@fd.org

**MEMORANDUM**

## I.      Introduction

Cordell is a young dad and a college student who is studying nursing. At 24 years old, he raises two daughters, attends classes at University of Akron, and helps individuals with disabilities at a group home.

The past few years of Cordell's life have been shaped by trauma and financial hardship. Cordell lost his father, his grandfather, and close friends to drug abuse and gun violence within the past six years. Cordell has also experienced anxiety and depression since 2020. After Cordell's daughters were born, he was stretched beyond his means to provide for them. Despite his life circumstances, Cordell has worked to improve himself and provide his children with a better life. Unfortunately, Cordell made the wrong decision of choosing to divert checks for an individual that promised to pay him a portion of the proceeds. Cordell diverted some of the money to pay his mother's past-due rent. Cordell takes responsibility for this offense, and he has agreed to repay $26,196 in restitution. PSR ¶ 2.

Cordell pled guilty to one count of Theft of Mail by Postal Employee. PSR ¶ 2. He has no criminal history, placing him in category I, and he has a total offense level of 8 because he is a Zero-Point Offender.  PSR ¶¶ 23, 25, 30. Thus, he has a guidelines range of zero to six months, in Zone A of the sentencing table. PSR ¶ 50. Under §5C1.1, a sentence other than imprisonment is appropriate. PSR ¶ 50. Cordell requests this Court sentence him to a term of probation.

## II.     Cordell's history and characteristics support a term of probation.

### a.  Cordell beat the odds of growing up in a dangerous area by focusing on school and sports, and he became responsible for his own family at a young age.

Mr. Cordell Cobb was born in 2001, in Akron, Ohio. PSR ¶ 34. At the time of Cordell's birth, his mother was 15 years old. Cordell's grandmother raised Cordell alongside his mother and

his two younger sisters. Cordell describes his relationship with his mother like that of an older sister, because they grew up together.

Cordell grew up in a neighborhood on the east side of Akron. PSR ¶ 35. In Cordell's neighborhood, violence and crime occurred on a regular basis. As he grew up, Cordell lost many of his childhood friends to gun violence. Cordell chose to focus on academics and sports so that he could remain out of trouble and out of the violence occurring on the streets.

Cordell performed well in school, and he excelled at sports. Cordell graduated from Archbishop Hoban High School in 2020. PSR ¶ 43. While in high school, Cordell played football for the Archbishop Hoban Knights. During his football career, he played as a cornerback, a safety, and as a running back. Ex. A, Football News Article. His performance on the field helped his team win the Division II state championships two years in a row.

Cordell was offered scholarships by private colleges for football. Three days after Cordell turned eighteen, his girlfriend gave birth to their first daughter. PSR ¶ 36. Cordell became a young father, and he prioritized being home to raise his daughter over his football career. Cordell wanted to be there for his daughter so that she did not have to face the dangers he did while growing up in Akron. Cordell and his girlfriend welcomed another daughter in 2022.

**b.  The deaths of family and friends severely impacted Cordell's mental health.**

Between the ages of 16 and 24, several of Cordell's close family members and friends died. PSR ¶ 40. First, Cordell's grandfather passed away after a lifetime struggle against alcoholism in 2020. That same year, two of Cordell's childhood friends were murdered in gruesome shootings. Davierre Hale was killed in a vehicle in a drive-by shooting on August 17, 2020. He was shot six times, and the murder is still unsolved. Just two months later, Cordell's friend Dee'Arius Reese was shot to death outside his home. Reese was also a local football star.

Cordell's father, Antoine Townsend, also struggled with alcoholism as well as drug addiction. PSR ¶ 34.  In November 2022, Mr. Townsend died in Summit County Jail at the age of 38. PSR ¶ 41. He had been arrested on a drug charge. He swallowed a bag of pills, then died from cardiac arrest.

Cordell suffered from serious anxiety, depression, and emotional regulation issues after these deaths. PSR ¶ 41. There were days that he could not leave his home and began withdrawing from daily activities. Cordell attended counseling at Catholic Charities. Through counseling and the skills he learned there, he is now able to manage his anxiety and leave the house again.

**c.  Cordell has experienced financial pressures that were building at the time of the offense.**

Raising two infants was financially difficult for Cordell and his partner, both of whom are young adults. Instead of attending college right after high school, Cordell began working at Akron Premier Painting. PSR ¶ 46. There, he made $12 an hour painting houses for a local developer, Ryan Homes. He spent one year in that role before seeking a new job.

In 2021, Cordell took a new job at a car dealership Ron Marhofer. There, Cordell worked as a used car technician and a lube technician. He was paid $18 an hour. He continued in that position for a year until he was hired by the Postal Service in 2022.

When working for the Postal Service, Cordell was paid $19 an hour. PSR ¶ 46. His girlfriend did not work at the time because she was caring for their two daughters at home, one of whom was born just a few months prior. Cordell and his girlfriend bought a house, which had a mortgage payment of $680. By March of 2023, Cordell had fallen behind on car payments, had bills past due, and was struggling to afford groceries for his family. Around the same time, Cordell's mother was also facing eviction. She called him crying one day, telling him that she could not make her rent payments and that she would become homeless. Based on these pressures,

Cordell made the wrong decision to commit the offense. He takes responsibility now for his actions, and he will be repaying the diverted amounts in restitution.

### d. Cordell has performed well on pretrial release, maintaining compliance and attending college while also working.

Cordell was granted pretrial release on February 3, 2025. Since then, Cordell has performed well with no violations or issues. He has focused on attending his classes, working hard, and caring for his two daughters. He takes his daughters to and from school and daycare. PSR ¶ 36. Then, Cordell drives to the University of Akron, where he takes classes. PSR ¶ 43. Cordell began classes at the University of Akron on January 13, 2025. He is a full-time student in the nursing program.

After he returns home from class and picks up his daughters, during the school year, he goes to his job from 2 p.m. to 9 p.m. or 5 p.m. to 12 a.m. on weekdays, 9 a.m. to 9 p.m. on weekend days. Cordell works this part time job at REM Ohio as a Direct Support Professional, in addition to being a full-time college student. PSR ¶ 44. In his role, Cordell takes care of people with lifelong disabilities, such as autism and deafness. Four clients live in the group home, ranging from age 27 to age 60.

Cordell has worked hard during the time that he has been out on bond. He has connected deeply with his work, engaged fully in his learning, and has provided for and cared for his children.

## III. Conclusion

Cordell Cobb is a father, a student, and a caregiver to individuals with disabilities. He accepts responsibility for the harm he has caused, and he is working to pay that money back. Based on Cordell's zero criminal history, his work ethic, and his commitment to his education, Cordell requests this Court sentence him to a term of probation. Such a sentence is "sufficient but not greater than necessary" to achieve the sentencing purposes as required by 18 U.S.C. § 3553(a).

Respectfully Submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI
Assistant Federal Public Defender
Ohio Bar:  0062119
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: carolyn_kucharski@fd.org

*/s/Aleesha Kazi*
ALEESHA KAZI
Attorney at Law
Oregon Bar: 245629
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: aleesha_kazi@fd.org